**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| Sanford Lee Dorch, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael J. Astrue, )<br>Commissioner of Social Security Administration, )<br>)<br>Defendant. )<br>_____) | **C/A No.: 0:09-496-CMC-PJG**<br><br><br><br>**ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Plaintiff's motion, filed on January 27, 2010, seeks $4,158.22 in attorney's fees, representing 24.3 attorney hours at the rate of $171.12 per hour. Plaintiff additionally requests $16.00 for expenses and $7.00 for costs. Dkt. No. 29 at 2.

On February 11, 2010, the Commissioner filed a notice of stipulation informing the court that the parties have consented to a reduced attorney's fee award of $4,000.00 and $16.00 for expenses. The Commissioner does not object to a separate award of $7.00 for costs. Dkt. No. 30 at 1.

In light of the parties' mutual consent, the court finds that the amount sought is reasonable and orders, pursuant to the EAJA and 28 U.S.C. § 1920, that Plaintiff be awarded $4,016.00 in attorney's fees and expenses and $7.00 for costs.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie<br>CAMERON McGOWAN CURRIE<br>UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 17, 2010